M MAHON, S.

BLANK ROME, LLP
Attorneys for Plaintiff
ALLIED MARITIME, INC.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
(212) 885-5000
tbelknap@blankrome.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLIED MARITIME, INC.,

        Plaintiff,

-against-

CHARIOT GLOBAL SHIPPING LTD.,

        Defendant.

08 Civ. 880 (CM)

**ORDER APPOINTING**
**PROCESS SERVER**

      Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Thomas H. Belknap, Jr., Esq., dated January 24, 2008 that such appointment will result in substantial economies in time and expense,

      NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

      **ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on

garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:  New York, New York
        January 28, 2008

SO ORDERED:

_____
U.S.D.J.

BLANK ROME, LLP
Attorneys for Plaintiff
ALLIED MARITIME, INC.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLIED MARITIME, INC.,

    Plaintiff,

-against-

CHARIOT GLOBAL SHIPPING LTD.,

    Defendant.

---

08 Civ. 880 (CM)

**AFFIDAVIT IN SUPPORT OF REQUEST FOR APPOINTMENT TO SERVE PROCESS**

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

THOMAS H. BELKNAP, JR., being duly sworn, deposes and says:

1. I am a member of the firm of Blank Rome, LLP attorneys for the Plaintiff herein.

2. We have been advised that the U.S. Marshal's Service lacks sufficient staff to effect service of Process of Maritime Attachment and Garnishment promptly or economically. I respectfully request that the Court appoint Michael Watson, or any other person appointed by Blank Rome LLP who is over 18 years of age and is not a party to this action, to serve Process of Maritime Attachment and Garnishment and supplemental process upon garnishees in this matter.

601704.00601/6610989v.1

WHEREFORE, it is respectfully requested that the aforementioned person, Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and not a party to this action, be appointed to effect such service.

*Thomas H. Belknap, Jr.*

Sworn to before me this
24th day January, 2008

*Karl V. Reda*
Notary Public

KARL V. REDA
Notary Public, State of New York
No. 30-4783126. Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires Nov. 30, 2009