# BLANK ROME LLP
### COUNSELORS AT LAW

**MEMO ENDORSED**

Phone:  (212) 885-5270
Fax:    (917) 332-3795
Email:  TBelknap@BlankRome.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

April 1, 2008

4/2/08
Matter adj to 5/30/08
@ 930 AM.

**BY FACSIMILE (212) 805-6326**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    Allied Maritime Inc. vs. Chariot Global Shipping Ltd.
           08 Civ. 00880 (CM)
           Our Ref: 601704-00601

Dear Judge McMahon:

    We represent plaintiff Allied Maritime Inc. in the above-referenced matter. We write to request an adjournment of the pre-trial conference presently scheduled in this matter for Friday, April 4, 2008.

    This is an admiralty action under Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. Plaintiff filed its complaint on January 24, 2008 seeking attachment of $56,052.41. This Court issued an Order directing the Clerk to issue Writ of Attachment in that amount on January 31, 2008.

    Although Plaintiff has been continuously serving its Writ of Attachment on the various garnishee banks, to date no funds have been attached. Because no funds have been attached, and because the attachment proceedings have to date proceeded *ex parte* in order to protect Plaintiff's ability to attach funds, Plaintiff has not yet attempted to serve a copy of the complaint upon the Defendant. This is consistent with the *quasi in rem* nature of the proceedings, and Defendant's interests are adequately protected by the requirement of Local Rule B.2 that Defendant be given "prompt" notice of any attachment and the requirement of Rule E (4)(f) that it be granted a "prompt hearing" to respond to an attachment if and when it occurs. Accordingly, Plaintiff respectfully submits that there is no need for a pre-trial conference at this time.



April 1, 2008
Page 2

    Please feel free to contact the undersigned if you have any questions or require any additional information.

    We thank the Court for its attention to this matter.

Respectfully submitted,

Thomas H. Belknap, Jr.

THB:aea