

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:  (212) 885-5270
Fax:    (917) 332-3795
Email:  TBelknap@BlankRome.com

# MEMO ENDORSED

*Cancel conference*

/s/ Colleen McMahon
9/4/08

September 4, 2008

**BY FACSIMILE (212) 805-6326**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Re: Allied Maritime Inc. vs. Chariot Global Shipping Ltd.
> 08 Civ. 0880 (CM)
> Our Ref: 601704-00601

Dear Judge McMahon:

We represent the plaintiff in this maritime "Rule B" action seeking security in respect of plaintiff's claims against the defendant in London arbitration. We write to request an adjournment of the conference presently scheduled for tomorrow, September 5 at 10:45 a.m.

Although plaintiff has been continuing to serve the Writ of Attachment on a daily basis pursuant to the Order issued in this matter, to date no funds have been attached. The arbitration remains pending, however, and plaintiff wishes to continue to seek security for its claim. In the event funds are attached, Local Civil Rule B.2 provides for "prompt notice" to the defendant, and Rule E(4)(f) allows for a "prompt hearing" thereafter, if requested by the defendant. No other litigation is anticipated in this matter unless funds are attached.

In the circumstances, plaintiff submits that there is no need for a scheduling conference at this time and respectfully requests that the conference be adjourned for ninety (90) days or for such other time as the Court considers appropriate.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```



September 4, 2008
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

Thomas H. Belknap, Jr.

THB:aea